# Exhibit A

JUDGE MICHAEL W. FITZGERALD

<u>SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET</u>

| Case No. | 2:16-CV-00236-MWF-FFM |
|---|---|
| Case Name | Dimitar Dimitrov v. Carnival Corporation, et al. |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|
| [X] Jury Trial  or  [ ] Court Trial<br>(Tuesday at 8:30 a.m.)<br>Duration Estimate: **10** Days | 03/14/17 | 03/14/17 | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine*<br>(**Monday at 11:00 a.m. -- three (3) weeks before trial date**)<br>Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before thisdate; no reply briefs. | 2/13/17 | 2/13/17 | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
|---|---|---|---|---|
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | 04/04/16 | 04/04/16 | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 09/01/16 | 09/01/16 | |
| Expert Disclosure (Initial) | | 10/14/16 | 10/14/16 | |
| Expert Disclosure (Rebuttal) | | 10/28/16 | 10/28/16 | |
| Expert Discovery Cut-Off | 14 * | 12/2/16 | 12/2/16 | |
| Last Date to **Hear** Motions (Monday at 10:00 a.m.) | 14 | 1/9/17 | 1/9/17 | |
| Last Date to Conduct Settlement Conference | 12 | 11/18/16 | 11/18/16 | |
| <u>For Jury Trial</u><br>• File Memorandum of Contentions of Fact and Law, LR 16-4<br>• File Exhibit and Witness Lists, LR 16-5.6<br>• File Status Report Regarding Settlement<br>• File Motions *In Limine* | 6 | 1/23/17 | 1/23/17 | |
| <u>For Jury Trial</u><br>• Lodge Pretrial Conference Order, LR 16-7<br>• File Agreed Set of Jury Instructions and Verdict Forms<br>• File Statement Regarding Disputed Instructions, Verdicts, etc.<br>• File Oppositions to Motions *In Limine* | 5 | 1/30/17 | 1/30/17 | |
| <u>For Court Trial</u><br>• Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | 2/17/17 | 2/17/17 | |

\* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel     ☒ Private Mediation     ☐ Magistrate Judge (with Court approval)

EXHIBIT A