UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-236-MWF(FFMx)**                                Dated: **February 19, 2016**

Title:     Dimitar Dimitrov -v- Carnival Corporation, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

   Cheryl Wynn                                      None Present
   Relief Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                     None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

     In light of the Notice of Settlement filed February 18, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **March 21, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

     **IT IS SO ORDERED.**

MINUTES FORM 90                                      Initials of Deputy Clerk   cw
CIVIL - GEN

-1-