JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITAR DIMITROV,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CARNIVAL CORPORATION dba CARNIVAL CRUISE LINE; PRINCESS CRUISE LINES, LTD. dba PRINCESS CRUISES; and DOES 1 through 100,<br><br>　　　　　Defendants. | Case No.: 16-cv-00236-MWF-FFM<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

The Parties have filed a joint stipulation to dismiss this action in its entirety with prejudice. Good cause appearing, the Court GRANTS the Parties' stipulation and DISMISSES this case with prejudice. The Clerk of the Court is instructed to close the case.

Dated: May 19, 2016

_____
Hon. Michael W. Fitzgerald
United States District Judge

– 1 –   Case No. 16-CV-00236-MWF-(FFM)
ORDER GRANTING DISMISSAL WITH PREJUDICE